**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ALVE CAMPBELL, and GERSIA INNOCENT-CAMPBELL,   )   )   ) | |
| Plaintiffs,   )   ) | |
| v.   )   ) | No. 0:20-CV-61151-RKA |
| UNITED AUTO CREDIT CORPORATION,   )   ) | |
| Defendant.   ) | |

## NOTICE OF SETTLEMENT

Plaintiffs, ALVE CAMPBELL and GERSIA INNOCENT-CAMPBELL, ("Plaintiffs"), by and through their attorney, Shireen Hormozdi, inform this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

DATED: July 14, 2020     By: /s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         Florida Bar No. 0882461
                                         Hormozdi Law Firm, LLC
                                         1770 Indian Trail Lilburn Road, Suite 175
                                         Norcross, GA 30093
                                         Tel: 678-395-7795
                                         Fax: 866-929-2434
                                         shireen@agrusslawfirm.com
                                         shireen@norcrosslawfirm.com
                                         Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on July 14, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system.

By: /s/ Shireen Hormozdi
      Shireen Hormozdi