**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ALVE CAMPBELL, and GERSIA INNOCENT-CAMPBELL, )<br>)<br>)<br>Plaintiffs,    )<br>)<br>v.    )    No. 0:20-CV-61151-RKA<br>)<br>UNITED AUTO CREDIT CORPORATION,    )<br>)<br>Defendant.    ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, ALVE CAMPBELL and GERSIA INNOCENT-CAMPBELL , ("Plaintiffs"), through his attorney, Shireen Hormozdi, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, UNITED AUTO CREDIT CORPORATION.

RESPECTFULLY SUBMITTED,

DATED: August 4, 2020        By:  /s/ Shireen Hormozdi
Shireen Hormozdi
Florida Bar No. 0882461
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on August 4, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system.

By: /s/ Shireen Hormozdi
      Shireen Hormozdi