UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61151-CIV-ALTMAN/Hunt

**GERSIA INNOCENT-CAMPBELL** and
**ALVE CAMPBELL**,

    *Plaintiffs*,

v.

**UNITED AUTO CREDIT CORPORATION**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 13]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of August 2020.

                                                            _____
                                                            **ROY K. ALTMAN**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record